IN THE SUPREME COURT OF TENNESSEE

AT NASHVILLE

**FILED**

**December 21, 1998**

**Cecil W. Crowson**
**Appellate Court Clerk**

| | | |
|---|---|---|
| STATE OF TENNESSEE | ) | Appeal |
| | ) | No. 01-S-01-9709-CR-00187 |
| Appellee | ) | |
| | ) | |
| v. | ) | Sumner County |
| | ) | No. 7994 |
| | ) | |
| BOBBY VINCENT BLACKMON | ) | Judgment of the Court |
| | ) | of Criminal Appeals is |
| Appellant | ) | Reversed in part, |
| | ) | Affirmed in part, and |
| | ) | Remanded for New Trial. |

JUDGMENT ORDER

This cause came on to be heard upon briefs, argument of counsel, and the record on appeal from the Court of Criminal Appeals.

Upon consideration whereof, this Court is of the opinion that under the facts of this case, the record does not support a waiver of the appellant's right to a constitutionally qualified judge, and thus, the judgment of the Court of Criminal Appeals is reversed. In addition, there was no double jeopardy violation in the forfeiture proceeding.

Costs of appeal are taxed against the State, for which execution may issue if necessary.

12/21/98